828

No. 249. DUTTON ET AL. *v.* CITIES SERVICE DEFENSE CORP. C. A. 8th Cir. Certiorari denied. *Cooper Jacoway* for petitioners. *Henry C. Walker, Jr.* and *Frank E. Chowning* for respondent.

No. 256. MILEY *v.* JOHN HANCOCK MUTUAL LIFE INSURANCE CO. ET AL. C. A. 1st Cir. Certiorari denied. *Leo T. Kissam* for petitioner. *Daniel J. Lyne* for the John Hancock Mutual Life Insurance Co. et al., *John L. Hall* for the Monarch Life Insurance Co. et al., *Charles B. Rugg* for the State Mutual Life Assurance Co. et al., and *Lothrop Withington* for the Columbian National Life Insurance Co. et al., respondents.

No. 257. STEELE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Ben F. Foster* for petitioner. *Solicitor General Rankin* and *Assistant Attorney General Rice* for the United States.

No. 259. WESTERN UNION TELEGRAPH CO. *v.* SPARKS. C. A. 6th Cir. Certiorari denied. *Wm. Marshall Bullitt* and *John H. Waters* for petitioner. *Robert P. Hobson* and *John P. Sandidge* for respondent.

No. 260. HUDSON ET AL. *v.* WYLIE, TRUSTEE IN BANKRUPTCY. C. A. 9th Cir. Certiorari denied. *W. Blair Gibbens* for petitioners. *Thomas S. Tobin* for respondent.

No. 262. GWINETT *v.* ASTRA STEAMSHIP CORP. C. A. 2d Cir. Certiorari denied. *Harry D. Graham* and *Charles A. Ellis* for petitioner. *J. Ward O'Neill* for respondent.